RECEIVED
OCT 17 2018
U.S. District Court
Eastern District of MO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

| | |
|---|---|
| Pamela Terry )<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>Saint Louis Public Schools )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendant(s). (Enter above the full name(s) )<br>of all defendants in this lawsuit. Please )<br>attach additional sheets if necessary.) ) | Case No. _____<br>(to be assigned by Clerk of District Court)<br><br>JURY TRIAL DEMANDED<br><br>YES ☐   NO ✓ |

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

__✓__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

__✓__ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

\_\_\_\_ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

\_\_\_\_ Other (Describe)

## PARTIES

2. Plaintiff's name: Pamela Terry

   Plaintiff's address: 4334 Vista Avenue
   Street address or P.O. Box

   Saint Louis, Missouri 63110
   City/ County/ State/Zip Code

   618-670-3042
   Area code and telephone number

3. Defendant's name: Saint Louis Public Schools

   Defendant's address: 801 N. 11th Street
   Street address or P.O. Box

   Saint Louis, Missouri 63101
   City/County/State/ Zip Code

   (314) 231-3720
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

N/A
---
(Street Address)          (City/County)          (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

01-12-2017 to 05-11-2017

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[✓] Yes    Date filed: November 1, 2017

[ ] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[✓] Yes    Date filed: November 1, 2017

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[✓] Yes                    [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.  The conduct complained of in this lawsuit involves (check only those that apply):

    ☐ failure to hire me

    ✓ termination of my employment

    ☐ failure to promote me

    ✓ failure to accommodate my disability

    ☐ terms and conditions of my employment differ from those of similar employees

    ✓ retaliation

    ✓ harassment

    ✓ other conduct (specify):

constructive discharge; disparate terms and conditions of employment; hostile work environment - workplace bullying, terminated employment and denied equal medical leave.

Did you complain about this same conduct in your charge of discrimination?

    ✓ Yes          ☐ No

4

11. I believe that I was discriminated against because of my (check all that apply):

\_\_\_\_ race

\_\_\_\_ religion

\_\_\_\_ national origin

\_\_\_\_ color

\_\_\_\_ gender

✓ disability

\_\_\_\_ age (birth year is: _____)

✓ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes          ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Constructive Discharge and Retaliation.    Faced with a continuing and worsening environment, I felt I was constructively discharged, and I signed and explained my reason for leaving in my resignation letter on May 9, 2017. Respondent, Charles Burton, provided the resignation form to complete on May 9, 2017 and Charles Burton accepted my resignation on May 9, 2017. Respondent, then terminated my employment by way of letter dated May 11, 2017. This is discrimination, harassment, and retaliation due to my perceived disability and disability and participation in protected activities and is in violation of the American with Disability Act, as amended. Discrimination and Hostile Work Environment - Workplace Bullying.    (By David Glenn) Respondent Charles Burton allowed Respondent David Glenn ridicule and make derogatory comments about my perceived disability and disability in a pervasive and hostile manner. Glenn treated Petitioner much more harshly than similarly situated employees without a perceived disability or has a record of a physical and/or mental condition that substantially limits one or more major life activities, but who is qualified and can perform the essential job functions of the job with or without reasonable accommodation. Respondent repeatedly threatened Petitioner's job and withheld pay. Respondents subjected Petitioner to repeated insults, hostile comments, emotional and verbal abuse, minimizing and marginalizing, and intimidation. Respondent expressed stereotypes and assumptions about Petitioner's ability on the basis of perceived disability or disability. Individuals without disability were given more leniency and lighter work loads than Petitioner. Petitioner reported the discrimination and hostile work environment, and was denied an investigation into and any relief.

(Continue to page 6, if additional space is needed.)

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

## **REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

As a remedy to the above described employment discrimination, hostile work environment, harassment, and retaliation, Petitioner seeks monetary damages, and an end to the discriminatory practices and hostile work environment.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of October, 2018.

Signature of Plaintiff _____