UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-1772-RWS |
| | ) |
| ST. LOUIS PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Pamela Terry's Motion for leave to proceed *in forma pauperis*. Upon consideration of the motion and the financial information provided therein, the Court finds that plaintiff is financially unable to pay any portion of the filing fee, and will therefore grant plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that plaintiff Pamela Terry's Motion to Proceed In Forma Pauperis (Docket No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue upon the complaint.

Dated this 23rd day of October.

*/s/ Rodney W. Sippel*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE